UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARYL GORDON ENGELHARDT,

    Plaintiff,                    CIVIL ACTION NO. 12-10197

    v.                          DISTRICT JUDGE MARK A. GOLDSMITH

COMMISSIONER OF              MAGISTRATE JUDGE MARK A. RANDON
SOCIAL SECURITY,

    Defendant.
_____/

## ORDER VACATING ORDER TO SHOW CAUSE

On June 20, 2012, this Court issued an Order to Show Cause (Dkt. 10) requiring Plaintiff to explain why he failed to comply with the Scheduling Order, which required Plaintiff to file a motion for summary judgement on or before June 4, 2012. Plaintiff filed a timely response (Dkt. 11) to this Court's show cause order, in which Plaintiff stated that he was looking for a lawyer to represent him. Plaintiff includes in his response a letter explaining why he believes he is entitled to social security benefits. The Court accepts this letter as Plaintiff's motion for summary judgment. Accordingly, the Court **VACATES** its Order to Show Cause, and gives Defendant until **July 27, 2012** to file its motion for summary judgment.

    **IT IS ORDERED**.

                         s/Mark A. Randon
                         MARK A. RANDON
                         UNITED STATES MAGISTRATE JUDGE

Dated: July 5, 2012

CERTIFICATE OF SERVICE

*I hereby certify that a copy of the foregoing document was served on the attorneys and/or parties of record by electronic means or U.S. Mail on July 5, 2012.*

*s/Melody R. Miles*
*Case Manager to Magistrate Judge Mark A. Randon*
*(313) 234-5542*